UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED

SEP 2 8 2009

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re

Oscar Valentin and
Luz Ortiz,

Case No. 6-05-bk-12730-KSJ
Chapter 13

_____ Debtor(s) /

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Resolution Management,
LLC as successor to First American Investment Company, LLC , a party in the above
referenced case, for release of funds being held in the Court's registry account of unclaimed
funds. Upon consideration the Court finds that the party has furnished all necessary
documentation and otherwise has complied with the requirements for release of the unclaimed
funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the
unclaimed funds in the amount of $1,370.81 to Resolution Management, LLC, 160 Linden
Oaks, Suite 3D, Rochester, NY 14625.

DATED: September 28, 2009

Karen S. Jennemann
United States Bankruptcy Judge

Copy furnished to:
Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M.
Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899